JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| S.C.D.P., a minor, by and through her guardian ad litem, DECERY CAPPONI, individually and as Successor-In-Interest to BRIAN STATLER JR; BRIAN STATLER SR., individually; and STACEY MEADORS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INGLEWOOD, a public entity, JONATHAN RIVERS, an individual, JULIAN BAKSH, an individual, and DOES 3 through 10, Inclusive,<br><br>Defendants. | Case No.: CV 19-10712-DMG (MRWx)<br><br>**ORDER GRANTING PLAINTIFF S.C.D.P.'S UNOPPOSED PETITION FOR ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM AND FOR ATTORNEY'S FEES & COSTS [145]** |

Having reviewed the unopposed request, the Court approves Petitioner's request as submitted as follows:

1.  Defendant City of Inglewood, is hereby ordered to draft and deliver payment of $306,356.41 out of the full settlement amount of $950,000.00, to the Robert Stanford

Brown, APC CLIENT TRUST ACCOUNT within 30 days of receipt of the Court's order approving the settlement.

2. The Annuity Plan is approved as submitted.

3. Mr. Brown is hereby ordered to disburse and deliver the funds from his Client Trust within 4 days of receipt of payment as follows:

- $ 306,356.41 (Attorney Fees and Costs).

4. The Court further orders Defendant City of Inglewood draft a payment of $643,643.59 of the settlement amount to MetLife Assignment Company, Inc., within 30 days of receipt of the Court's order approving the settlement, to fund an Annuity for the periodic payment schedule as follows:

- Payee: S.C.D.P.
- $1,125,426.20 guaranteed lump sum payable on 01/30/2035 (age 18).

Defendant shall make a Qualified Assignment of its obligation to make the above future periodic payment to MetLife Assignment Company, Inc., pursuant to 26 U.S.C. § 130(c). MetLife Assignment Company, Inc., shall become the sole obligor of said future periodic payment.  Metropolitan Tower Life Insurance Company shall guarantee the performance of MetLife Assignment Company, Inc.  Using the current cost of $643,643.59, MetLife Assignment Company, Inc. will fulfill its obligation to make the future periodic payment by purchasing an annuity from Metropolitan Tower Life Insurance Company, an A+ A.M. Best Rated Life Insurance Company licensed to do business in the State of California.

5. This matter is dismissed **without prejudice**.

6. When the terms of the settlement are met, Petitioner will file a request for change of dismissal order to a dismissal with prejudice.

The December 30, 2022 hearing on this matter is **VACATED**.

IT IS SO ORDERED.

DATED: December 28, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-2-